UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHARLOTTE ACY | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:21CV297-TBM-RPM |
| AVERITT EXPRESS, INC. et al | DEFENDANTS |

### ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The Court set a telephonic case management conference to be conducted on October 27, 2021. Notice for the conference was sent to the parties on September 21, 2021. Plaintiff's attorney, Samuel P. McClurkin, IV, failed to appear for the telephone conference. He did not communicate with the Court in advance of the conference to advise of any conflict or to alert the Court that he would be unable to participate. Pursuant to Fed. R. Civ. P. 16(f) and its inherent power, a court may issue an order imposing sanctions if an attorney "fails to appear at a scheduling or other pretrial conference" or "fails to obey a scheduling or other pretrial order."

IT IS THEREFORE ORDERED that Attorney Samuel P. McClurkin, IV shall show cause in writing why he should not be sanctioned for failing to appear for the October 27, 2021, telephonic case management conference. Mr. McClurkin's response to the show cause order shall be filed on or before **November 4, 2021**.

SO ORDERED AND ADJUDGED, this the 28th day of October 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE